IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE II, an individual, individual,<br><br>        Plaintiff,<br><br>vs.<br><br>JANET MURAKAMI, NICOLE HUDSON, ARNEL CATIC, DALE MOREHOUSE, SCOTT TUCKER, JEFFREY A. HILL, JAIMEE WIEBE, TONY FORD, DAN LISTER, MARK AMBERCROMBIE, ROBERT ALLISON, TYLER MARSTON, NICK SHAFFER, MICHAEL VICKERS, B. JOHNSON, D. BARBER, R. BURCH, D. JOHNSON, and JOHN DOES 1-20,<br><br>        Defendants. | Case No. 1:13-CV-441-BLW<br><br>ORDER DISMISSING DEFENDANTS ARNEL CATIC, JAIMEE WIEBE, ROBERT ALLISON, AND TYLER MARSTON |

Good cause appearing therefor;

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 36) is APPROVED, and that Meridian Defendants Arnel Catic, Jaimee Wiebe, Robert Allison, and Tyler Marston are dismissed from this action. Meridian Defendant Tony Ford is not dismissed by this Order.

DATED: April 11, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court