**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**RAY J. CHACKO**
**CATHERINE A. FREEMAN**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar Nos. 5862 & 9223
Email: civilpafiles@adaweb.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE II, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DALE MOREHOUSE, JEFFREY A. HILL, TONY ) <br> FORD, MARK AMBERCROMBIE, NICK ) <br> SHAFFER, and  JOHN DOES 1-20, ) <br> ) <br> Defendants. ) <br> ) <br> ) | **Case No. 1:13-CV-00441-BLW** <br><br> **REQUEST FOR STATUS CONFERENCE** |

Defendants Dale Morehouse and Nick Shaffer request a status conference to discuss the Court's recent Trial Setting Order filed September 29, 2017 (Dkt. 122), scheduling a five (5) day trial beginning February 12, 2018.

REQUEST FOR STATUS CONFERENCE - PAGE 1

As the Court may recall, the various defendants filed separate motions for summary judgment prior to the expiration of the discovery completion deadline in this matter. As a result, this court issued an Order on December 5, 2014 (Dkt. 83) extending the discovery deadline to a date to be determined after the resolution of the summary judgment issues. Those summary judgment issues were subsequently the subject of appeal, which resulted in an opinion reversing, affirming, and remanding the matter to this Court. Notably, the extension of discovery per Dkt. 83 is still outstanding and appears to be an issue which should be resolved prior to further proceedings in this matter.

DATED this 6th day of October 2017.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney


By:   /s/_____
      Ray J. Chacko
      Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October 2017, I served a true and correct copy of the foregoing REQUEST FOR STATUS CONFERENCE to the following persons by the following method:

| | |
|---|---|
| Lee Arthur Rice II<br>16433 N. Midland Blvd. #83<br>Nampa, ID 83687 | _____ Hand Delivery<br>_X_ U.S. Mail<br>_____ Electronic Filing<br>_____ Facsimile |
| Scott B. Muir<br>Kelly K. Fleming<br>Boise City Attorney's Office<br>150 North Capitol Blvd.<br>P. O. Box 500<br>Boise, Idaho 83701-0500 | _____ Hand Delivery<br>_____ U.S. Mail<br>_X_ Electronic Filing<br>_____ Facsimile |
| Kirtlan G. Naylor<br>Jacob H. Naylor<br>Naylor & Hales<br>950 W. Bannock, Suite 610<br>Boise, ID 83702 | _____ Hand Delivery<br>_____ U.S. Mail<br>_X_ Electronic Filing<br>_____ Facsimile |

____/s/_____
Monica Devroude, Legal Assistant