**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**RAY J. CHACKO**
**ERICA J. WHITE**
**CATHERINE A. FREEMAN**
Deputy Prosecuting Attorneys
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar No. 5862, 7475, and 9223
Email: civilpafiles@adaweb.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| LEE ARTHUR RICE II, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:13-CV-00441-BLW** |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| JANET MURAKAMI, NICOLE HUDSON, ARNEL CATIC, DALE MOREHOUSE, SCOTT TUCKER, JEFFREY A. HILL, JAIMEE WIEBE, TONY FORD, DAN LISTER, MARK AMBERCROMBIE, ROBERT ALLISON, TYLER MARSTON, NICK SHAFFER, MICHAEL VICKERS, B. JOHNSON, D. BARBER, R. BURCH, D. JOHNSON AND JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

    Erica J. White, Ada County Deputy Prosecuting Attorney, Civil Division, enters her

appearance as co-counsel of record for Defendants, Dale Morehouse and Nick Shaffer, in the

NOTICE OF APPEARANCE – PAGE 1

above-entitled matter and requests that copies of all pleadings be served upon her at the above address.

DATED this 11th day of December, 2017.

                                          **JAN M. BENNETTS**
                                          Ada County Prosecuting Attorney

                                    By:    /s/_____
                                                   Erica J. White
                                                   Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2017, I served a true and correct copy of the foregoing NOTICE OF APPEARANCE to the following person by the following method:

| | | |
|---|---|---|
| Lee Arthur Rice II<br>16433 N. Midland Blvd., #83<br>Nampa, Idaho 83687 | _____<br>__X__<br>_____<br>_____ | Hand Delivery<br>U.S. Mail<br>Electronic Filing<br>Facsimile (208) 938-9504 |
| Scott B. Muir<br>Kelly K. Fleming<br>Boise City Attorney's Office<br>150 North Capitol Blvd<br>P.O. Box 500<br>Boise, Idaho 83701-0500 | _____<br>_____<br>__X__<br>_____ | Hand Delivery<br>U.S. Mail<br>Electronic Filing<br>Facsimile |
| Kirtlan G. Naylor<br>Jacob H. Naylor<br>Naylor & Hales<br>950 W. Bannock, Suite 610<br>Boise, Idaho 83702 | _____<br>_____<br>__X__<br>_____ | Hand Delivery<br>U.S. Mail<br>Electronic Filing<br>Facsimile |

/s/_____
Candace McCall, Legal Assistant