RICHARD L. HARRIS
1023 Arthur Street
Caldwell, Idaho 83651
Telephone 208-459-1588
Cell 208-250-3688
Fax 208-454-9348
Idaho State Bar #1387

U.S. COURTS

DEC 13 2017

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE II, | ) |
|     Plaintiff | ) Case No. |
| | ) 1:13-CV-00441-BLW |
| v. | ) Plaintiff's Request for |
| | ) PRODUCTION OF |
| JANET MURAKAMI, DALE | ) OFFENSE REPORTS AND |
| MOREHOUSE, JEFFREY A. HILL, TONY | ) ALL RECORDINGS |
| FORD, MARK AMBERCROMBIE, and | ) |
| NICK SHAFFER. | ) |
|     Defendants. | ) |

Plaintiff Lee Arthur Rice II, by and through his attorney Richard L. Harris requests that the Defendants produce the following documents pursuant to Rule 34, Federal Rules of Civil Procedure:

1. All written reports, whether termed "incident reports", "arrest reports", "action reports", "activity reports" or by any other title, prepared by officers Morehouse, Hill, Abercrombie, Shaffer, Murakami regarding the incident giving rise to this lawsuit, whether they be in longhand or typed, and if longhand reports drafts were prepared prior to final preparation by typing, then produce both longhand, handwritten and typed versions of said reports.

2. All recordings made by officers Morehouse, Hill, Abercrombie, Shaffer, Murakami prior to arrival at but related to being called to the scene, after arrival at the scene and after departure from the scene, including both audio and video recordings, and recordings made on and by any device including cell and or sataellite telephone.

3. All recordings of messages to and from dispatch to and from officers Morehouse, Hill, Abercrombie, Shaffer and Murakami in broadcasting the Code 3 and during time of officers responding, time on the scene and after departure from the scene.

Submitted this 11th day of December, 2017

_____
Richard L. Harris

## CERTIFICATE OF SERVICE

I, Richard L. Harris, do certify and affirm that I served the within document by facsimile to the following, on December 11,

2017 for purposes of conferring and consulting with opposing counsel regarding discovery on an expedited basis:

Kelley K. Fleming   BoiseCityAttorney@cityofboise.org

Kirtlan G. Naylor
kirt@naylorhales.com,dir@naylorhales.com,dne@naylorhales.com

Catherine Ann Freeman
cfreeman@adaweb.net,cbaker@adaweb.net, jpeterson@adaweb.net

Jacob Naylor   jake@nalorhales.com, dir@naylorhales.com, dne@naylorhales.com, skh@naylorhales.com, tjw@naylorhales.com

Ray J Chacko   rchacko@adaweb.net, cbaker@adaweb.net

Scott B Muir   BoiseCityAttorney@cityofboise.org

Signed this 11th day of December, 2017.

_____
Richard L. Harris