Kirtlan G. Naylor     [ISB No. 3569]
Jacob H. Naylor      [ISB No. 8474]
Tyler D. Williams    [ISB No. 8512]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, Idaho 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: kirt@naylorhales.com; jake@naylorhales.com; tdw@naylorhales.com

Attorneys for Defendant Tony Ford

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE, II, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JANET MURAKAMI, NICOLE HUDSON, ARNEL CATIC, DALE MOREHOUSE, SCOTT TUCKER, JEFFREY A. HILL, JAIMEE WIEBE, TONY FORD, DAN LISTER, MARK AMBERCROMBIE, ROBERT ALLISON, TYLER MARSTON, NICK SHAFFER, MICHAEL VICKERS, B. JOHNSON, D. BARBER, R. BURCH, D. JOHNSON, and Jones Does 1-20,<br><br>    Defendants. | Case No. 1:13-cv-00441-BLW<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to the Trial Setting Order of September 29, 2017, (Dkt. 122), Defendant Tony Ford hereby provides notice that he and Plaintiff have reached a settlement in this matter, and a stipulation for dismissal will be forthcoming, and will not be proceeding to trial as to this Defendant.

**NOTICE OF SETTLEMENT - 1.**

DATED this 15th day of December, 2017.

                          NAYLOR & HALES, P.C.


                          By: /s/ *Jacob H. Naylor*
                          Attorneys for Defendant Tony Ford


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

- Richard Harris, attyrlh@aol.com
  *Attorney for Lee Arthur Rice, II*
- Catherine Ann Freeman, cfreeman@adaweb.net
  Ray J Chacko, rchacko@adaweb.net
  Erica J. White, ewhite@adaweb.net
  *Attorneys for Dale Morehouse and Nick Shaffer*
- Scott B Muir, BoiseCityAttorney@cityofboise.org
  Kelley Fleming, BoiseCityAttorney@cityofboise.org
  *Attorneys for Jeffrey A Hill and Mark Ambercrombie*


                          /s/ *Jacob H. Naylor*

10100_06 Notice of Settlement

**NOTICE OF SETTLEMENT -  2.**