**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**ERICA J. WHITE**
**HEATHER M. McCARTHY**
**CATHERINE A. FREEMAN**
Deputy Prosecuting Attorneys
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar Nos. 7475, 6404 and 9223
Email: civilpafiles@adaweb.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE II, an individual,<br><br>                      Plaintiff,<br>vs.<br><br>DALE MOREHOUSE, JEFFREY A. HILL, TONY FORD, MARK AMBERCROMBIE, NICK SHAFFER, and JOHN DOES 1-20,<br><br>                      Defendants. | **Case No. 1:13-CV-00441-BLW**<br><br>**NOTICE OF SUBSTITUTION OF HEATHER M. MCCARTHY AS ATTORNEY FOR DEFENDANTS DALE MOREHOUSE AND NICK SHAFFER** |

**NOTICE IS HEREBY GIVEN** that Ray J. Chacko of the Ada County Prosecuting Attorney's Office, Civil Division, is no longer co-attorney of record for Defendants Dale Morehouse and Nick Shaffer in the above-captioned matter, and that from and after the time of filing hereof, Erica J. White, Heather M. McCarthy, and Catherine A. Freeman, Deputy Prosecuting Attorneys for the Ada County Prosecuting Attorney's Office, will represent Defendants Dale

NOTICE OF SUBSTITUTION OF HEATHER M. MCCARTHY AS ATTORNEY FOR DEFENDANTS DALE MOREHOUSE AND NICK SHAFFER - PAGE 1

Morehouse and Nick Shaffer in these proceedings, and all pleadings, notices, and correspondence concerning this matter should be addressed to: Erica J. White, Heather M. McCarthy, and Catherine A. Freeman, Ada County Prosecutor's Office, 200 W. Front Street, Rm 3191, Boise, Idaho 83702, civilpafiles@adaweb.net.

**DATED** this 15th day of December 2017.

                          **JAN M. BENNETTS**
                          Ada County Prosecuting Attorney

                          By:  /s/_____
                                  Ray J. Chacko
                                  Deputy Prosecuting Attorney

**DATED** this 15th day of December 2017.

                          **JAN M. BENNETTS**
                          Ada County Prosecuting Attorney

                          By:  /s/_____
                                  Heather M. McCarthy
                                  Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2017, I served a true and correct copy of the foregoing NOTICE OF SUBSTITUTION OF HEATHER M. MCCARTHY AS ATTORNEY FOR DEFENDANTS DALE MOREHOUSE AND NICK SHAFFER to the following persons by the following method:

| | |
|---|---|
| Richard L. Harris<br>attyrlh@aol.com | _____ Hand Delivery<br>_____ U.S. Mail<br>__X__ Electronic Filing<br>_____ Facsimile |
| Scott B. Muir<br>Kelly K. Fleming<br>Boise City Attorney's Office<br>150 North Capitol Blvd.<br>P. O. Box 500<br>Boise, Idaho 83701-0500 | _____ Hand Delivery<br>_____ U.S. Mail<br>__X__ Electronic Filing<br>_____ Facsimile |
| Kirtlan G. Naylor<br>Jacob H. Naylor<br>Naylor & Hales<br>950 W. Bannock, Suite 610<br>Boise, ID 83702 | _____ Hand Delivery<br>_____ U.S. Mail<br>__X__ Electronic Filing<br>_____ Facsimile |

_____/s/_____
Monica Devroude, Legal Assistant