**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**ERICA J. WHITE**
**HEATHER M. McCARTHY**
**CATHERINE A. FREEMAN**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar Nos. 7475, 6404 & 9223
Email: civilpafiles@adaweb.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE II, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>DALE MOREHOUSE, JEFFREY A. HILL, TONY FORD, MARK AMBERCROMBIE, NICK SHAFFER, and JOHN DOES 1-20,<br><br>                    Defendants. | **Case No. 1:13-CV-00441-BLW**<br><br>**DEFENDANTS' DALE MOREHOUSE AND NICK SHAFFER'S NOTICE TO COURT OF INTENT TO PROCEED TO TRIAL** |

Defendants Dale Morehouse and Nick Shaffer notify the court of their intent to proceed to trial.

DATED this 15th day of December 2017.

            **JAN M. BENNETTS**
            Ada County Prosecuting Attorney


         By: /s/_____
            Erica J. White
            Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2017, I served a true and correct copy of the foregoing DEFENDANTS' DALE MOREHOUSE AND NICK SHAFFER'S NOTICE TO COURT OF INTENT TO PROCEED TO TRIAL to the following persons by the following method:

| | |
|---|---|
| Richard L. Harris<br>attyrlh@aol.com | _____ Hand Delivery<br>_____ U.S. Mail<br>__X__ Electronic Filing<br>_____ Facsimile |
| Scott B. Muir<br>Kelly K. Fleming<br>Boise City Attorney's Office<br>150 North Capitol Blvd.<br>P. O. Box 500<br>Boise, Idaho 83701-0500 | _____ Hand Delivery<br>_____ U.S. Mail<br>__X__ Electronic Filing<br>_____ Facsimile |
| Kirtlan G. Naylor<br>Jacob H. Naylor<br>Naylor & Hales<br>950 W. Bannock, Suite 610<br>Boise, ID 83702 | _____ Hand Delivery<br>_____ U.S. Mail<br>__X__ Electronic Filing<br>_____ Facsimile |

_____/s/_____
Monica Devroude, Legal Assistant