ROBERT B. LUCE
BOISE CITY ATTORNEY

SCOTT B. MUIR
Assistant City Attorney
KELLEY K. FLEMING
Assistant City Attorney
CITY OF BOISE
OFFICE OF CITY ATTORNEY
P.O. Box 500
Boise, ID 83701-0500
Telephone: (208)384-3870
Idaho State Bar Numbers: 4229 and 6560
Email: BoiseCityAttorney@cityofboise.org

Attorney for Mark Abercrombie and
Jeffrey A. Hill

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE, II, an individual<br><br>Plaintiff,<br><br>v.<br><br>DALE MOREHOUSE, JEFFREY A. HILL, TONY FORD, MARK AMBERCROMBIE, NICK SHAFFER, and JOHN DOES 1-20,<br><br>Defendants. | Civil Action No. 1:13-cv-00441-BLW<br><br>**DEFENDANTS JEFFREY A. HILL AND MARK ABERCROMBIE'S REPLY TO MOTION FOR CLARIFICATION** |

## INTRODUCTION

Defendants Hill and Abercrombie file this reply brief to Defendants Dale Morehouse and Nick Shaffer's Motion for Clarification (DKT #203) and Plaintiff's response brief (DKT #210). Defendants seek an Order clarifying that Plaintiff will not be allowed to introduce any evidence regarding how he felt, how the alleged injuries impacted him, what he did in response to the physical or emotional symptoms, what he communicated to his doctors, or what treatment he

DEFENDANTS JEFFREY A. HILL AND MARK ABERCROMBIE'S RESPLY TO MOTION
FOR CLARIFICATION - 1

received after August 14, 2013.  Defendants seek the exclusion of any and all evidence of pain, problems, impact, and treatment that occurred after August 14, 2013.

## ARGUMENT

The Court has properly excluded any expert testimony offered on behalf of Rice and any medical records for treatment received after August 14, 2013. (DKT #179).  Plaintiff cannot establish a causative connection between the December 26, 2011, incident and his alleged injuries and treatment without expert testimony or medical records for treatment received after August 14, 2013.  Defendants seek clarification from the Court that Plaintiff will not be allowed to circumvent the ruling on the motion in limine by allowing Plaintiff to infer causation through his own testimony.  In particular, Defendants seek an Order prohibiting testimony regarding hip pain and a hip replacement, as he cannot show these to be caused by the December 26, 2011, incident.

Plaintiff's response to the motion for clarification does not address the concerns set forth in the motion, but rather, again argues that the Court's Memorandum Decision and Order (DKT #179) excluding any expert testimony offered on behalf of Rice and any medical records for treatment received after August 14, 2013, was incorrect.  Plaintiff responded to the first motion in limine (DKT #163) and moved for reconsideration three times (DKT #193, 194, & 202).  As these issues have been decided and reconsidered three times, Defendants Abercrombie and Hill will not waste time by addressing them again.  Plaintiff's response to the motion for clarification brings up nothing new.

Defendants Abercrombie and Hill request that the Court issue an Order of clarification as requested in Defendants Dale Morehouse and Nick Shaffer's Motion for Clarification (DKT #203).

DATED this   13th    day of April 2018.

/s/ SCOTT B. MUIR
Deputy City Attorney

DEFENDANTS JEFFREY A. HILL AND MARK ABERCROMBIE'S RESPLY TO MOTION FOR CLARIFICATION - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the ___13th___ day of April 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard L. Harris
attyrlh@aol.com
*Attorney for Plaintiff*

Erica J. White
Heather M. McCarthy
Catherine A. Freeman
civilpafiles@adaweb.net
*Attorneys for Ada County Deputies*

/s/ SCOTT B. MUIR
Deputy City Attorney