**RICHARD L. HARRIS**
1023 Arthur Street
Caaldwell, Idaho  83605
Telephone  208-459-1588
Cell    208-250-3688
Fax  208-454-9348
ISB # 1387
attyrlh@aol.com

Attorney for Plaintiff

IN THE UNITED STATE DISTRI9CT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE, II, | CASE NO. 1:13-CV-00441-BLW |
| Plaintiff, | MOTION REQUESTING PRESIDING JUDGE TO RECUSE HIMSELF FROM FURTHER PROCEEDINGS IN THIS CASE |
| vs. | |
| DALE MOREHOUSE, JEFFREY A. HILL, MARK ABERCROMBIE, AND NICK SHAFFER. | |
| Defendants. | |

PLAINTIFF does hereby Move the Court for It's Order disqulifying himself from further participation in this case.  The grounds and reasons are as follows:

1.      U.S. Code Title 28, Sec. 455 provides for the disqualification of justice, judge or magistrate.  Paragraph "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding  in which his impartiality might reasonably be questioned."

2.      Part (b) provides "He shall also disqualify himself in the following circumstances: (1)  Where he has personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;".

Page | 1

3. An evidentiary has occurred in this case in which the subject of Plaintiff's prior felony criminal record, has become an issue for determination by the presiding judge.

4. The judge presided over the criminal jury trial involving the Plaintiff in which the Defendant was convicted of a felony drug charge. The judge therefore has "personal knowledge of disputed evidentiary facts" and has determined initially that evidence of that conviction may be admissible at Plaintiff's civil trial. Because that issue has just recently arisen and is in dispute, Plaintiff requests the Court to disqualify himself from further participation in this case and requests Order of the Court so doing.

_____
Richard L. Harris
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The under signed does hereby certify that a true and correct copy of the foregoing document was served on the 16th day of April on the following by the means indicated:

| | | |
|---|---|---|
| Scott Muir<br>Boise City Attorney's Office<br>P.O. Box 500<br>Boise, Id. 83701-0500 | _____<br>_____<br>_____<br>___✓___ | U.S. Mail<br>Hand Delivery<br>Facsimile (208) 384-4454<br>Electronic Filing<br>Smuir@cityofboise.org |
| Erica White<br>Deputy Prosecuting Attorney<br>200 W. Front St., Room 3191<br>Boise, Idaho 83702 | _____<br>_____<br>_____<br>___✓___ | U.S. Mail<br>Hand Delivery<br>Facsimile (208) 287-7719<br>Electron filing.<br>civilpafiles@adaweb.net |

_____
Richard L. Harris

Page | 2