IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE, II, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>DALE MOREHOUSE, JEFFREY A. HILL, MARK AMBERCROMBIE, and NICK SHAFFER,<br><br>    Defendants. | Case No. 1:13-CV-441-BLW<br><br>**ORDER** |

The plaintiff has filed a motion to recuse, alleging that I "presided over the criminal jury trial involving the plaintiff [Rice] in which the defendant [in the criminal case, i.e., Rice] was convicted of a felony drug charge." *See Motion (Dkt. No. 214)* at p. 2. Rice does not cite the case number of the criminal case. The only criminal case involving Rice in this District is *U.S. v. Rice, et al., 1:01-CR-119-EJL.* It was filed in 2001, and Judge Edward J. Lodge presided over the trial, and over the sentencing of Rice. Rice has not identified any portion of that proceeding that I was involved in. Accordingly, his motion must be denied.

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for recusal (docket no. 214) is DENIED.


DATED: April 18, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge