<u>JURY TRIAL</u>  - Day 4

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill          Deputy Clerk: Jamie Bracke
Case No: 1:13-cv-441            Reporter: Tammy Hohenleitner
Date: April 25, 2018            Time: 4 hours and 40 minutes
Place: Boise

<u>LEE ARTHUR RICE II v. DALE MOREHOUSE, et al</u>

Counsel for Plaintiff: Richard Harris

Counsel for Defendants Morehouse and Shaffer: Heather McCarthy and Erica White

Counsel for Defendants Abercrombie and Hill: Scott Muir


8:43 a.m. - Jury present.

<u>WITNESSES</u>
    Defendants Abercrombie and Hill:
        1) Chris Davis (continued from 4/24/18)

    Defendants Morehouse and Shaffer:
        1) Dale Morehouse
        2) Nick Shaffer
        3) Patrick Calley
        4) Scot Haug

<u>EXHIBITS</u>
    Defendants Abercrombie and Hill: 4014


10:43 - 10:48 a.m. - Matters taken up outside the presence of the jury.

Defendants Morehouse and Shaffer rested.

Objections to rebuttal witnesses sustained. Rebuttal witnesses excluded.

1:34 p.m. - Jury admonished for the evening recess. Jury trial to resume on April 26, 2018 at 8:30 a.m.

2:36 p.m. - 2:58 p.m. - Defendants' Rule 50 Motions renewed outside the presence of the jury. The Court granted the Rule 50 Motion to defendants Morehouse, Shaffer, and Hill. The Court denied the Rule 50 Motion as to defendant Abercrombie.

```
4:47 - 4:55 p.m. - Formal jury instruction conference held. Rule
50 Motion renewed as to Defendant Abercrombie. Motion denied.

4:55 p.m. - Recess
```