**<u>JURY TRIAL</u> - Day 5**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge: B. Lynn Winmill | Deputy Clerk: Jamie Bracke |
| Case No: 1:13-cv-441 | Reporter: Tammy Hohenleitner |
| Date: April 26, 2018 | Time: 1 hour and 20 minutes |
| Place: Boise | |

<u>LEE ARTHUR RICE II v. DALE MOREHOUSE, et al</u>

Counsel for Plaintiff: Richard Harris

Counsel for Defendant Abercrombie: Scott Muir

8:39 a.m. - Jury present.

Jury Instructed.

Cause argued.

Post closing jury instructions.

Bailiff (Dave Metcalf) sworn.

Jury retired at 9:55 a.m.

Jury returned into Court at 12:51 p.m.

Verdict read and recorded. The jury found in favor of the defendant.

Final jury instruction.

Jury Discharged.

**EXHIBITS RETURNED TO COUNSEL.**