ROBERT B. LUCE
BOISE CITY ATTORNEY

SCOTT B. MUIR
Deputy City Attorney
CITY OF BOISE
OFFICE OF THE CITY ATTORNEY
P.O. Box 500
Boise, ID 83701-0500
Phone: (208)384-3870
Idaho State Bar Numbers: 4229
Email: BoiseCityAttorney@cityofboise.org

Attorney for Mark Abercrombie
and Jeffrey A. Hill

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEE ARTHUR RICE, II, an individual<br><br>Plaintiff,<br><br>v.<br><br>DALE MOREHOUSE, JEFFREY A. HILL, MARK AMBERCROMBIE, NICK SHAFFER, and JOHN DOES 1-20,<br><br>Defendants. | Civil Action No. 1:13-cv-00441-BLW<br><br>**AFFIDAVIT OF COUNSEL IN SUPPORT OF BILL OF COSTS** |

STATE OF IDAHO  )
                :ss
County of Ada   )

    I, Scott B. Muir, being first duly sworn upon oath, deposes and says as follows:

    1. I am a Deputy City Attorney for the City of Boise, a municipal corporation, in and for Defendants, Jeffrey A. Hill and Mark Ambercrombie, and as such, have personal knowledge

**AFFIDAVIT OF COUNSEL IN SUPPORT OF BILL OF COSTS - 1**

of the matters contained herein, and submit this affidavit in accordance with Section 1924, Title 28, U.S. Code.

2. That on April 30, 2018, Judgment was entered in the above-entitled action against Plaintiff, Lee Arthur Rice II.

3. Judgment is attached hereto and incorporated herein pursuant to Section 1920 of Title 28, U.S. Code, as Exhibit A001.

4. That pursuant to Rule 54 (d) of the Federal Rules of Civil Procedure, "costs shall be allowed as of course to the prevailing party… taxed by the clerk on 14 day's notice."

5. Actual and necessary performed costs were incurred in this action in the amount of $920.70.

6. Invoices of said costs are attached hereto and incorporated herein as follows:

| Date | Description | Exhibit No. | Invoice No | Costs |
| --- | --- | --- | --- | --- |
| 12/27/17 | M&M Reporting - Lee Rice Deposition | B001 | 69248B5 | $225.45 |
| 01/10/18 | M&M Reporting - Siara Bell Deposition | C001 | 69360B5 | $58.50 |
| 01/10/18 | M&M Reporting - Alandra Bell Deposition | D001 | 69358B5 | $76.50 |
| 01/10/18 | M&M Reporting - Harmony Black Deposition | E001 | 69356B5 | $189.00 |
| 01/18/18 | M&M Reporting - Janet Murakami Deposition | F001 | 69430B5 | $157.50 |
| 01/31/18 | M&M Reporting - Jeffrey Hill Deposition | G001 | 69572B5 | $99.00 |
| 01/31/18 | M&M Reporting - Nick Shaffer Deposition | H001 | 69576B5 | $114.75 |
| | **TOTAL COSTS** | | | **$920.70** |

7. There are no other or further performed costs necessary to be taxed other than the above-referenced.

8. This Affidavit in support of Defendants, Jeffrey A. Hill and Mark Ambercrombie's Bill of Costs, and requests the actual and necessary performed costs in the amount of $920.70 be taxed by the clerk, pursuant to 28 U.S. §§ 1920 and 1924.

**AFFIDAVIT OF COUNSEL IN SUPPORT OF BILL OF COSTS - 2**

Further Affiant saith naught.

_____
Deputy City Attorney

SUBSCRIBED AND SWORN before me this  14th  day of May 2018.

_____
Notary Public in and for the State of Idaho
My Commission Expires: 05/20/2022

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard L. Harris
attyrlh@aol.com
*Attorney for Plaintiff*

Erica J. White
Heather M. McCarthy
Catherine A. Freeman
civilpafiles@adaweb.net
*Attorneys for Ada County Deputies*

/s/ SCOTT B. MUIR
Deputy City Attorney

**AFFIDAVIT OF COUNSEL IN SUPPORT OF BILL OF COSTS - 3**