UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEE ARTHUR RICE II,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>DALE MOREHOUSE; et al.,<br><br>        Defendants-Appellees. | No. 18-35459<br><br>D.C. No. 1:13-cv-00441-BLW<br>District of Idaho,<br>Boise<br><br>ORDER |

Before: CANBY and RAWLINSON, Circuit Judges.

The motion to proceed in forma pauperis is granted (Docket Entry No. 2). The Clerk shall amend the docket to reflect this status.

Upon review of the record, this court has determined that the appointment of pro bono counsel in this appeal would benefit the court's review. The court by this order expresses no opinion as to the merits of this appeal.

The Clerk shall enter an order appointing pro bono counsel to represent appellant for purposes of this appeal only, and establishing a revised briefing schedule. The appeal is stayed pending further order of this court.

If appellant objects to the court's appointment of counsel in this appeal, appellant shall file a written objection within 14 days after the filing date of this order.

FG/MOATT