|  | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 25 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| LEE ARTHUR RICE II, | No. 18-35459 |
| Plaintiff-Appellant, | D.C. No. 1:13-cv-00441-BLW |
| v. | District of Idaho, Boise |
| DALE MOREHOUSE; et al., | ORDER |
| Defendants-Appellees. | |

Before: GOULD and PAEZ, Circuit Judges.

The motion for production of transcripts at government expense (Docket Entry No. 7) is granted. *See* 28 U.S.C. § 753(f). The court authorizes the production of the reporter's transcripts for the following 2018 dates: April 20, 23, 24, 25, 26.

This order constitutes authorization for production of the reporter's transcripts at government expense.

The transcripts are due February 22, 2019. The opening brief and excerpts of record are due March 29, 2019; the answering brief is due April 29, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk shall serve this order on court reporter Tamara Idylene Hohenleitner at tammy_hohenleitner@id.uscourts.gov.

MF/Pro Se

2

The court reporter shall produce the transcripts to appellant's pro bono counsel at the following address: Craig H. Durham, chd@fergusondurham.com, Ferguson Durham, PLLC, Suite 325, 223 N. 6th Street, Boise, ID 83702.